### 7912. LOGAN v. DANIEL.

LUKE, J. The petition for certiorari, together with the answer thereto, presents simply a question of fact, and, the trial court having determined that issue against the plaintiff in certiorari, and, the superior court having overruled the certiorari, the judgment will not be disturbed. *Judgment affirmed.* *Wade, C. J., and George, J., concur.*

DECIDED MARCH 20, 1917.

Certiorari; from Fulton superior court—Judge Bell. October 11, 1916.

*Gober & Jackson, W. I. Heyward,* for plaintiff in error.

*Moore & Pomeroy,* contra.